# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dr. Sharon Holyfield-Cooper,

Plaintiff(s),

v.

Chicago Public Schools Board of Education of City of Chicago,

Defendant(s).

Case No. 13 C 3625
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Chicago Public Schools Board of Education of City of Chicago
and against plaintiff(s) Dr. Sharon Holyfield-Cooper
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge        on a motion

Date: 6/9/2014                                    Thomas G. Bruton, Clerk of Court

                                                  Carole Gainer, Deputy Clerk